**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dennis Ward,<br><br>          Plaintiff/Counterdefendant.<br><br>v.<br><br>Dead Ringer, LLC,<br><br>          Defendant/Counterclaimant. | No. CV 16-662-TUC-FRZ<br><br>**ORDER SETTING**<br>**SCHEDULING CONFERENCE** |

A Scheduling Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure shall be set in this matter.

Pursuant to LRCiv 16.2, Rules of Practice of the United States District Court for the District of Arizona, this case is designated a standard track case.

This order requires the parties to file a Rule 16 Joint Report five (5) days before the conference scheduled herein.

**IT IS HEREBY ORDERED**:

A Scheduling Conference will be held in the above entitled action on **Thursday, April 13, 2017 at 10:30 a.m.**, before Cindy Reyna, Law Clerk to the Honorable Frank R. Zapata, Senior United States District Judge.

The conference will be held telephonically, and will be initiated by the Court.

The parties are directed to Rule 16 for the objectives of the conference and the joint report.

The parties are further directed to confer at least 21 days prior to the conference, in accordance with Rule 26(f), Fed.R.Civ.P., to discuss the following matters:

A. Any matters relating to jurisdiction, venue or joinder of additional parties;

B. The nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case;

C. The scope of discovery, and possible limitations thereof. The parties are expected to comply with Rule 26(f), Fed.R.Civ.P., and seek to minimize the expense of discovery. In cases where dispositive motions will be filed, the parties should consider limiting discovery to the issue at hand until the Court has ruled on the motion;

D. A schedule of all pretrial proceedings, including a trial date, an estimate of the length of trial. The parties shall also discuss any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced, and any issues relating to claims of privilege or work product. See Rule 16(b)(3) and Rule 26(f)(3). Fed.R.Civ.P. At the joint request of the parties, the Court may include deadlines in the Scheduling Order pertaining to these issues;

E. Modification of pretrial procedures due to the simplicity or complexity of the case;

F. Prospects for settlement, including a request to have a settlement conference before a Magistrate Judge or United States District Court Judge, or participating in any other alternative dispute resolution forum;

G. Arrangements for Initial Disclosures in compliance with Rule 26(a)(1), Fed.R.Civ.P. Unless otherwise stipulated or directed by the Court, Initial Disclosures shall be made at or within 14 days after deadline for filing the joint report;

H. Possibility of consent to trial before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), suitability for referral to any alternative dispute resolution mechanism, or reference to a master;

I. Any other matters which the parties feel may help dispose of the matter in an efficient and economical manner.

**IT IS FURTHER ORDERED**:

J. The joint report shall include individually numbered brief statements indicating the following:

    1. The nature of the case, setting forth in brief statements the factual and legal basis of Plaintiff's claims and Defendants' defenses;

    2. The factual and legal issues genuinely in dispute, and whether they can be narrowed by stipulation or motion;

    3. The jurisdictional basis of the case, citing specific statutes;

    4. Parties, if any, which have not been served, as well as parties which have not filed an answer or other appearance. Unless the parties can otherwise show cause, an order shall accompany the joint report dismissing any party which has not been served, or seeking default judgment on any non-appearing party;

    5. The names of parties not subject to the Court's jurisdiction;

    6. Whether there are dispositive or partially dispositive issues which may be presented to the Court by pretrial motion and the legal issues of any pretrial motions contemplated;

    7. Whether the parties consent to trial before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c); or whether the case is suitable for reference to a master;

    8. The status of related cases pending before other judges of this Court or before other courts;

    9. When Initial Disclosures were or will be made, or any proposed changes in the requirements for Initial Disclosures set forth in Rule 26(a)(1), Fed.R.Civ.P.;

    10. Suggested changes, if any, in the limitations on discovery set forth in Rule 26(b)(2), Fed.R.Civ.P.;

    11. Proposed deadlines for:

        (a) completing discovery;

        (b) filing dispositive motions;

    (c) pretrial disclosures including the disclosure of expert testimony and witnesses pursuant to Rule 26(a)(2) and (3), Fed.R.Civ.P.; and

    (d) lodging a proposed joint pretrial order;

  12. Estimated date and length of trial;

  13. Whether a jury trial has been requested;

  14. The prospects for settlement, including any request to schedule a settlement conference before a Magistrate Judge or another United States District Court Judge, or other request of the Court for assistance in settlement efforts;

  15. Whether any unusual, difficult, or complex problems or issues exist which would require this case to be placed on the complex track for case management purposes pursuant to LRCiv 16.2; and

  16. Any other matters which the parties feel will assist the Court in expediting the disposition of this matter efficiently.

The parties are jointly responsible for initiating the communication necessary to prepare this joint report.

The parties may waive the Scheduling Conference if they are in agreement on all dates and matters set forth herein.

After receiving the Rule 16 Joint Report and waiver, or the Scheduling Conference is held, the Court will enter a Scheduling Order - which shall control the course of this action - unless modified by subsequent Order. The deadlines set in the Scheduling Order shall be enforced.

Dated this 22nd day of March, 2017.

*Frank R. Zapata*
Honorable Frank R. Zapata
Senior United States District Judge