1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ward, | No. CV 16-662-TUC-FRZ |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| Dead Ringer, LLC, a limited liability company, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties' Joint Case Management Plan (Doc. 21), and the Scheduling Conference held in this matter on this date,

**IT IS HEREBY ORDERED:**

A.     All Initial Disclosures as defined in Rule 26(a)(1), Fed.R.Civ.P., shall be completed **on or before May 19, 2017**.

B.     The parties are granted until **July 31, 2017** for leave to move to amend pleadings or join additional parties. The Court will not entertain such motions thereafter unless good cause under Rule 16(b)(4), Fed.R.Civ.P., is shown.

C.     Preliminary infringement contentions and preliminary invalidity contentions – as specified in the Joint Case Management Plan − shall be completed **on or before June 30, 2017**.

D.     The parties shall request a status conference or file a stipulation regarding the construction of the claim at issue **on or before August 31, 2017**.

1      E.    The parties shall submit to the Court a brief Joint Settlement Status Report

2  **on or before December 15, 2017**, and every sixty (60) days thereafter.

3      F.    All disclosures under Rule 26(a)(2) and (3) shall be completed as follows:

4      i. Pretrial disclosure of witnesses under Rule 26(a)(3) and all fact

5  discovery shall be completed **on or before November 30, 2017**;

6      ii.  The party bearing the burden of proof on an issue shall disclose all

7  expert witness testimony and reports **on or before December 29, 2017**;

8      iii.  Rebuttal expert witness testimony and reports shall be disclosed **on or**

9  **before January 15, 2018;**

10      G.    All discovery shall be completed **on or before January 31, 2018**.

11      H.    Dispositive motions shall be filed **on or before March 2, 2018**.

12      The parties have leave of the Court, pursuant to LRCiv 7.2, to file a motion,

13  opposition and reply.  No other (supplemental) pleading will be considered by the Court,

14  unless a motion for leave to file said pleading is granted by the Court. All pleadings

15  submitted for the Court's review must comply with the filing, time, and form

16  requirements of the Local Rules. Additionally, **any** pleading which is submitted with

17  more than one exhibit must be accompanied by a Table of Contents. The exhibits must be

18  indexed with tabs which correspond to the Table of Contents. The Court will not consider

19  pleadings which do not conform to these requirements.

20      I.    The parties shall file a proposed Joint Pretrial Order **on or before April 2,**

21  **2018**, which shall include, but not be limited to, that prescribed in the form of Joint

22  Pretrial Order attached. **If dispositive motions are filed, the proposed Joint Pretrial**

23  **Order shall be filed thirty (30) days from the filing date of the Court's order issuing**

24  **a non-dispositive decision on said motion(s).**

25      J.    It is the responsibility of Plaintiffs' counsel to initiate the communication

26  necessary to prepare this joint filing.

27      K.    Motions in limine **shall be filed no later than the date of filing the**

28  **proposed Joint Pretrial Order**. Responses to motions in limine are due ten (10) days

2

1    after the filing of the motion. Unless otherwise ordered by the Court**, no replies are**

2    **permitted** and motions in limine and responses thereto **shall not exceed five (5) pages.**

3           Any hearing on motions in limine will be set at the Pretrial Conference for a later

4    date.

5           The Trial Date in this matter will also be set at the Pretrial Conference.

6           The parties may not, without Court approval, extend the deadlines imposed by the

7    Court. All motions/requests for extension of time shall comply with LRCiv 7.3. All

8    motions/requests for extension of discovery deadlines must include a summary of the

9    discovery conducted to date, the anticipated discovery to be done if the request is granted,

10   and the reasons why discovery has not been completed within the deadline.

11

12          Dated this 13th day of April, 2017.

13

14

        Honorable Frank R. Zapata
        Senior United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

\*,

No. CV-16-\*-TUC-FRZ

10

Plaintiff,

**PROPOSED JOINT PRETRIAL ORDER**

11
12

v.

13

\*,

14

Defendant.

15
16
17

Pursuant to the Scheduling Order previously entered, following is the proposed

18

Joint Pretrial Order which shall, upon approval of the Court, become the Final Pretrial

19

Order.

20

**I.**

21

**IDENTIFICATION OF PARTIES AND COUNSEL**

22

**II.**

23

**STATEMENT OF JURISDICTION**

24

Briefly state the facts and cite the statutes which give this Court jurisdiction.

25

**III.**

26

**NATURE OF ACTION**

27

Provide a concise statement of the type of case, the cause of action, and the relief

28

sought.

## IV.

## STIPULATIONS AND UNCONTESTED FACTS

## V.

## CONTESTED ISSUES OF FACT

The following are issues of fact to be tried and determined upon trial.  Each issue of fact must be stated separately and in specific terms, followed by the parties' contentions as to each issue.

Issue:

  Plaintiff(s) contends:

  Defendant(s) contends:

## VI.

## RELEVANT UNCONTESTED ISSUES OF LAW

(i.e. burdens of proof; standards of review)


## VII.

## RELEVANT UNCONTESTED ISSUES OF LAW

The following are issues of law to be tried and determined upon trial.  Each issue of law must be stated separately and in specific terms, followed by the parties' contentions as to each issue.

Issue:

Plaintiff(s) contends:

Defendant(s) contends:

## VIII.

## LIST OF WITNESSES

- Each party shall provide a list of witnesses intended to be called at trial.

- Each witness shall be indicated as either fact or expert.

-A brief statement as to the testimony of each expert witness shall also be included.

## IX.

## LIST OF EXHIBITS

Each party shall provide a list of numbered exhibits.  A statement of either UNCONTESTED or CONTESTED shall follow each listed exhibit.  If contested, a brief statement of the objection by the opposing party shall follow the listed exhibit.

(eg - 1.  Laboratory Report from the Clinical Immunology Diagnostic Laboratory dated June 15, 2010.  CONTESTED - Relevance, foundation and hearsay.)

## X.

## LIST OF DEPOSITIONS

Portions of depositions that will be read at trial must be listed by page and line number.  A statement of either UNCONTESTED or CONTESTED shall follow.  If contested, a brief statement of the objection by the opposing party shall follow the listed portion of the deposition to be offered.

## XI.

## MOTIONS IN LIMINE

Plaintiff(s) have filed the following Motions in Limine:

Defendant(s) have filed the following Motions in Limine:

## XII.

## JURY TRIAL or BENCH TRIAL

### For a Jury Trial

Trial briefs (only upon request of the Court), proposed voir dire, interrogatories to the jury, stipulated jury instructions and instructions which are not agreed upon, shall be filed 10 days prior to Trial.

### For a Bench Trial

Trial briefs (only upon request of the Court), shall be filed 10 days prior to Trial. Parties are referred to LRCiv 52.1 regarding the filing of proposed findings of fact and conclusions of law.

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## XIII.

## PROBABLE LENGTH OF TRIAL

## CERTIFICATION

The undersigned counsel for each of the parties in this action do hereby approve and certify the form and content of this proposed Joint Pretrial Order.

_____                    _____
Attorney for Plaintiff(s)                                              Attorney for Defendant(s)