# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ward, | No. CV-16-0662-TUC-FRZ |
| Plaintiff/Counterdefendant, | |
| v. | **ORDER** |
| Dead Ringer LLC, | |
| Defendant/Counterclaimant. | |

IT IS HEREBY ORDERED that this matter is set for a SETTLEMENT CONFERENCE on **Monday, July 10, 2017 at 9:30 a.m.** before the Honorable Bruce G. Macdonald. The parties shall meet at the Evo A. DeConcini United States Courthouse, Courtroom 3C.

IT IS FURTHER ORDERED that lead trial counsel and a representative of Defendants with settlement authority attend the settlement conference. If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4520.

Dated this 25th day of May, 2017.

Honorable Bruce G. Macdonald
United States Magistrate Judge