IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)        **CIVIL MINUTES – GENERAL**

Date: September 11, 2017

Civil Case No. CV-16-0662-TUC-FRZ

Title:   Ward v. Dead Ringer, LLC

---

Present:        Hon. Bruce G. Macdonald

Magistrate  
Courtroom Clerk:  N/A

Court  
Reporter:   N/A

Law Clerk:  Marcia M. Delanty

ATTORNEYS FOR PLAINTIFF:       ATTORNEYS FOR DEFENDANT:  
John F. Munger, Esq.                 Michael A. Oropallo, Esq.  
Andrew H. Barbour, Esq.              Gary J. Cohen, Esq.

---

**PROCEEDINGS:**  ___Open Court   _X_ Chambers   ___Other

    A settlement conference was held before Magistrate Judge Macdonald. The Parties have reached a settlement, and shall timely file closing documents as appropriate.

SETTLEMENT CONFERENCE ( 10 hours, 30 minutes )

Hearing Start Time:     9:30 a.m.  
Hearing End Time:     8:15 p.m.