IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ward, | No. CV-16-0662-TUC-FRZ |
| Plaintiff/Counterdefendant, | |
| v. | **ORDER** |
| Dead Ringer LLC, | |
| Defendant/Counterclaimant. | |

The Court has been notified of pending issues regarding the settlement in this matter. Accordingly, IT IS HEREBY ORDERED that a telephonic status conference shall be set on **Friday, December 22, 2017 at 11:00 a.m.** before the Honorable Bruce G. Macdonald.

IT IS FURTHER ORDERED that counsel shall call (888) 431-3632, access code 9067515, at the time of the hearing.

Dated this 19th day of December, 2017.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge