IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)                **CIVIL MINUTES – GENERAL**

Date: December 22, 2017

Civil Case No. CV-16-0662-TUC-FRZ

Title:   Ward v. Dead Ringer, LLC

---

Present:                    Hon. Bruce G. Macdonald

Magistrate                              Court
Courtroom Clerk:  Amanda Smith          Reporter:    N/A

Law Clerk:  Marcia M. Delanty

ATTORNEYS FOR PLAINTIFF:                ATTORNEYS FOR DEFENDANT:
John F. Munger, Esq.                    Michael A. Oropallo, Esq.
Andrew H. Barbour, Esq.                 Kayla A. Arias, Esq.
                                        Gary J. Cohen, Esq.

---

**PROCEEDINGS:**    X  Open Court      ___Chambers      ___Other

A telephonic status conference was held.  The parties discuss pending issues regarding the settlement.  Counsel for Defendant shall provide to Plaintiff's counsel an exemplar of the UPC modification that it suggests, and Plaintiff's counsel shall provide to defense counsel an exemplar of the sticker it intends to affix on resale items.  Counsel are directed to provide the Court with a copy of the draft settlement agreement for its review.

TELEPHONIC STATUS CONFERENCE ( 35 minutes )

Hearing Start Time:     11:02 a.m.
Hearing End Time:       11:38 a.m.