# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ward, | No. CV-16-662-TUC-FRZ |
|     Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Dead Ringer LLC, | |
|     Defendant. | |

Pursuant to the Stipulation to Dismiss (Doc. 41), and good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed; each party shall bear its own attorney's fees and costs.

Dated this 22nd day of February, 2018.

_____
Honorable Frank R. Zapata
Senior United States District Judge